# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CANDACE WHEELER,<br><br>    Plaintiff,<br>v.<br><br>NATIONWIDE CREDIT, INC.,<br><br>    Defendant. | Civil Action File No:<br><br>_____<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Candace Wheeler, by and through counsel, brings this action against Defendant Nationwide Credit, Inc. on the grounds set forth herein.

## INTRODUCTION

1. This is an action for statutory damages and statutory attorney's fees brought pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

2. Defendant violated the FDCPA by communicating with Plaintiff without informing Plaintiff that the communication was from a debt collector or from Defendant.

## JURISDICTION

3. Jurisdiction of this Court arises under 28 U.S.C. § 1331, and pursuant to 15 U.S.C. § 1692k(d).

4. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

## PARTIES

5. Plaintiff is a natural person who resides in the County of DeKalb, State of Georgia.

6. Plaintiff is a "consumer" as that term is defined by the FDCPA.  15 U.S.C. § 1692a(3).

7. Defendant is a Georgia corporation.

8. Defendant's registered agent in Georgia is Corporation Process Company.

9. The office of Defendant's registered agent in Georgia is located at 2180 Satellite Blvd., Suite 400, Duluth, Georgia  30097.

10. Defendant's registered agent may be served with legal process at the aforesaid address.

11. Defendant is a "debt collector" as that term is defined by the FDCPA. 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

12. Defendant was engaged in the collection of a consumer debt allegedly owed by Plaintiff.

13. On or about June 28, 2010, and June 29, 2010, an employee or employees of Defendant left voice mail messages for Plaintiff that failed to state that the messages were from a debt collector or from Defendant.

14. Said voice mail messages failed to state that purpose of the call was to collect a debt.

15. Said messages were received by Plaintiff's father.

## CAUSES OF ACTION

**VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**

16. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

17. The conduct of Defendant violated numerous and multiple provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692c(b), 1692d(6), 1692e and 1692e(11).  Edwards v. Niagara Credit Solutions, Inc., 586 F. Supp.2d 1346 (N.D.Ga. 2008).

18. The foregoing acts and omissions of Defendant constitute numerous and multiple violations of the FDCPA.

19. As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to statutory damages pursuant to 15 U.S.C. § 1692k, and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3).

## TRIAL BY JURY

20. Plaintiff is entitled to and hereby respectfully demands a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE**,** Plaintiff prays that judgment be entered against Defendant:

- for an award of statutory damages in the amount of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A);
- for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and
- for such other and further relief as may be just and proper.

Respectfully submitted this 25th day of May, 2011.

                                                                    THE KOVAL FIRM, LLC

                                                                    By:   s/Steven H. Koval
                                                                           Steven H. Koval
                                                                           Attorney for Plaintiff
                                                                           Georgia Bar No. 428905
                                                                           3575 Piedmont Rd.
                                                                           Bldg. 15, Suite 1020
                                                                           Atlanta, GA 30305
                                                                           (404) 513-6651
                                                                           SHKoval@aol.com